IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

> It appearing that defendant has been released from BOP custody, the motion (DE 605) is DENIED as moot.
> SO ORDERED.
> Dated: 11/2/2021
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

FELIPE BLANDING

PETITIONER

V

UNITED STATES OF AMERICA

RESPONDENTS

DISTRICT COURT CASE NO. 11CR576(WHP)

---

MOTION TO ALLOW COURT TO REFLECT ITS ORDER TO THE BOP SENTENCE AND COMPUTATION CENTER OF ITS ORDER FOR SENTENCE REDUCTION DATED Dec. 5, 2016 PURSUANT TO 18 USC 3582(c)(2)

Comes now Petitioner Felipe Blanding in the above case number who hereby move this Honorable Court to issue an Order to the BOP Grand Praire Designation Sentence Computation Center of its decision dated December 5, 2016 pursuant to 18 USC 3582(c)(2).

The BOP at USP Canaan and the BOP Grand Praire Designation Sentence & Computation Center has not to this date honored the Courts Order dated Dec. 5, 2016. The BOP Records Department at USP Canaan has refused to re-calculate the Courts Order in 18 USC 3582(c)(2) dated 12-5-2016 to reflect his sentence reduction from 135 to 121 months in case no. 11CR576(WHP).

Petitioner Blanding had his 6 month Classification (TEAM) review on Friday January 13, 2017. This is a Custody and Security Classification Review which is coordinated by the inmates Case Manager, to discuss the inmates points, programming needs and custody level and pre-release issues, halfway house and home detention, etc,.