UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                    11-cr-576 (PKC)

      -against-                        ORDER

FELIPE BLANDING,

               Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The conference of October 25, 2022 is adjourned at November 10, 2022 at 12 p.m. in Courtroom 11D.

       SO ORDERED.

                                                 P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
           October 24, 2022