**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com
212-227-8899

January 26, 2023

Hon. P. Kevin Castel
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

**Re: U.S. v Felipe Blanding**,
11 Cr. 576 (PKC)

Your Honor:

    I write to request assignment of new counsel to represent Mr. Blanding on his violation of supervised release. He feels that I am not doing anything for him and has no confidence in my ability to represent him. As we have had a total breakdown in communication, Mr. Blanding needs a new attorney.

    Therefore I request that the Court set a conference date to assign new counsel for Mr Blanding.

Respectfully,
*Lisa Scolari*
Lisa Scolari

There will be a conference held in this matter on January 31, 2023 at 11:00 a.m. in Courtroom 11D at 500 Pearl Street, New York, New York on the possible substitution of counsel. Mark J. Stein, CJA attorney is to appear at this conference as possible substitute counsel for sentencing. Existing CJA counsel Lis Scolari shall also appear. The government shall arrange for the production of the defendant. SO ORDERED.
Dated: 1/26/2023

*P. Kevin Castel*
United States District Judge