

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 16, 2023

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Felipe Blanding*, 11 Cr. 576 (PKC)

Dear Judge Castel:

      The Government submits this letter, with the consent of the United States Probation Office ("Probation"), to respectfully request that portions of internal chronologies maintained by Probation, detailing Felipe Blanding's supervision, be unsealed. During the course of reviewing and preparing discovery, the Government conferred with Probation to determine whether Probation's records reflect any statements made by the defendant or other discoverable material under Rule 32.1 of the Federal Rules of Criminal Procedure. Probation informed the Government that their chronologies contain such material. Accordingly, the Government respectfully requests that the Court enter an order unsealing the portions of the chronologies and related notes that are related to the Specifications, which in turn will allow the Government to produce those portions to the defense.

Application GRANTED.
SO ORDERED.
2/17/2023

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     /s/                   
Lisa Daniels
Assistant United States Attorney
(212) 637-2955

Cc:    All counsel (by ECF)
         Probation (by email)