UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                           11 CR 576-7 (PKC)

        -against-                                              ORDER

FELIPE BLANDING,

                            Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       The **TIME** for the VOSR conference scheduled on April 19, 2023 is changed to **10:30 a.m.** in Courtroom 11D.

       SO ORDERED.

                                                      P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
        March 21, 2023