UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                        11 CR 576 (PKC)

       -against-                          ORDER

FELIPE BLANDING,

                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       VOSR conference previously scheduled for June 1, 2023 is adjourned to June 7, 2023 at 4:00 p.m. in Courtroom 11D.

       SO ORDERED.

                                              P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       April 28, 2023