# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Sentencing is adjourned from June 7, 2023 to
August 1, 2023 at 11:30 a.m. in Courtroom 11D.
SO ORDERED.
Dated: 5/25/2023

P. Kevin Castel
United States District Judge

| Direct Dial Number | E-mail Address |
|---|---|
| +1-212-455-2310 | mstein@stblaw.com |

May 24, 2023

Re:     Adjournment Request for Sentencing, 11-CR-00576

Hon. P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Castel:

I represent Felipe Blanding in the above-captioned action.  I write respectfully to request an adjournment of Mr. Blanding's sentencing hearing scheduled in this matter for June 7, 2023.  Mr. Blanding was scheduled to be sentenced on Wednesday, May 17, 2023 in his state court proceeding involving the same conduct as alleged in the violations before this Court.  His state sentencing, however, was adjourned to June 15, 2023.  This Court previously indicated that it wished to sentence Mr. Blanding in this matter only after the state court had imposed its sentence for the underlying conduct.  Accordingly, Mr. Blanding respectfully requests an adjournment of the sentencing hearing until July 19, 2023.  Counsel for Mr. Blanding has conferred with the Government, who has indicated that it joins this request.

Respectfully,

/s/ Mark J. Stein

Mark J. Stein

BEIJING    BRUSSELS    HONG KONG    HOUSTON    LONDON    LOS ANGELES    PALO ALTO    SÃO PAULO    TOKYO    WASHINGTON, D.C.