# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

---

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

| | | |
|---|---|---|
| Direct Dial Number | | E-mail Address |
| +1-212-455-2310 | | mstein@stblaw.com |

> Sentencing is adjourned from August 1, 2023 to September 7, 2023 at 11:15 a.m. in Courtroom 11D. SO ORDERED.
> Dated: 6/7/2023
>
> */s/ P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

June 5, 2023

Re:   Adjournment Request for Sentencing, 11-CR-00576

Hon. P. Kevin Castel
Unites States Courthouse
500 Pearl Street
New York, NY  10007

Dear Judge Castel:

    I represent Felipe Blanding in the above-captioned action.  I write respectfully to request an adjournment of Mr. Blanding's sentencing hearing scheduled for August 1, 2023.  Mr. Blanding was scheduled to be sentenced on May 17, 2023, in his state court proceeding involving the same conduct as alleged in the violations before this Court.  Since Mr. Blanding's state sentencing was adjourned to June 15, 2023, the parties requested that his federal sentencing in this matter also be adjourned to a later date, July 19, 2023, as the Court previously indicated that it wished to impose sentence only after the state court had done so.  The Court rescheduled the hearing for August 1, 2023.

    I will be unavailable to make an appearance during the first week of August, and it is my understanding that it would be difficult for the Court, the Government, and I to find a mutually available hearing date for later in the month of August.  Accordingly, Mr. Blanding respectfully requests an adjournment of the sentencing hearing until a date after September 5, 2023.  The Government has no objection to this request.

Respectfully,

*/s/ Mark J. Stein*

Mark J. Stein

---