# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

---

Direct Dial Number
+1-212-455-2310

E-mail Address
mstein@stblaw.com

**Sentencing is adjourned from September 7, 2023 to October 10, 2023 at 3:00 p.m. in Courtroom 11D. SO ORDERED.**
**Dated: August 1, 2023**

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

July 25, 2023

Re:  Adjournment Request for Sentencing, 11-CR-00576

Hon. P. Kevin Castel
Unites States Courthouse
500 Pearl Street
New York, NY 10007

Dear Hon. Castel:

    I represent Felipe Blanding in the above-captioned action.  I write respectfully to request an adjournment of Mr. Blanding's sentencing hearing scheduled for September 7, 2023.  Mr. Blanding was scheduled to be sentenced on July 14, 2023, in his state case involving the same conduct as that alleged in the violation before this Court.  The state sentencing has now been adjourned to September 14, 2023, and a new judge was assigned to the case.

    This Court previously indicated that it wished to impose sentence only after the state court had done so.  Accordingly, Mr. Blanding respectfully requests an adjournment of the sentencing hearing until the week of September 25, 2023.  Counsel for Mr. Blanding has conferred with the Government, which has indicated that it joins this request.

Respectfully,

*/s/ Mark J. Stein*

Mark J. Stein