# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

| Direct Dial Number | E-mail Address |
|---|---|
| +1-212-455-2310 | mstein@stblaw.com |

September 25, 2023

Re:   *United States of America v. Blanding*, 11-CR-00576

Hon. P. Kevin Castel
Unites States Courthouse
500 Pearl Street
New York, NY  10007

Dear Hon. Castel:

    I represent Felipe Blanding in the above-captioned action.  I write respectfully to request a one-week extension of the deadline for Mr. Blanding to submit a memorandum in connection with his upcoming sentencing hearing to allow additional time for Mr. Blanding to obtain certain supporting documentation relevant to his sentencing.  I have conferred with the Government, which has no opposition to this request.

    As a result of this request, Mr. Blanding has no objection to an extension of the Government's deadline to file its sentencing memorandum and a short adjournment of Mr. Blanding's sentencing hearing, currently scheduled for October 10, 2023.

Respectfully,

*/s/ Mark J. Stein*

Mark J. Stein

Application granted for both defendant and Government.  Sentencing is adjourned from October 10, 2023 to October 31, 2023 at 2:00 p.m.
SO ORDERED.
Dated:  9/25/2023

P. Kevin Castel
United States District Judge